**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A.M. Scott Distillery, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Scotty's Bottle Parlor** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-4192478** |

4. **Debtor's address**

**Principal place of business**

**9141 North Dixie Drive**
**Dayton, OH 45414**
Number, Street, City, State & ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **A.M. Scott Distillery, LLC**                                    Case number (*if known*) _____
       Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **A.M. Scott Distillery, LLC**
_____Name_____                                    Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                          Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
■ 100-199             ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**
☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor  **A.M. Scott Distillery, LLC**                                    Case number (*if known*)
        Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **A.M. Scott Distillery, LLC** | Case number (*if known*) |
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 22, 2025**
MM / DD / YYYY

**X /s/ Anthony M. Scott**
Signature of authorized representative of debtor

**Anthony M. Scott**
Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Ira H. Thomsen**
Signature of attorney for debtor

Date    **December 22, 2025**
MM / DD / YYYY

**Ira H. Thomsen 0023965**
Printed name

**Thomsen Law Group, LLC**
Firm name

**140 North Main Street, Suite A**
**Springboro, OH 45066**
Number, Street, City, State & ZIP Code

Contact phone    **937-748-5001**    Email address    **ithomsen@ihtlaw.com**

**0023965 OH**
Bar number and State

Debtor   **A.M. Scott Distillery, LLC**
Name                                                                    Case number (*if known*) _____

---

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO
_____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this is an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Anthony Scott** | | | Relationship to you | | **Managing Member** |
| District | **Southern District of Ohio at Dayton** | When | **3/21/25** | Case number, if known | | **25-30494** |
| Debtor | **Scott Investments of Troy, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of Ohio, Western Division at Dayton** | When | **2/18/25** | Case number, if known | | **25-30253** |

**Fill in this information to identify the case:**

Debtor name    **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 22, 2025**     X /s/ Anthony M. Scott
                                               Signature of individual signing on behalf of debtor

                                            **Anthony M. Scott**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **A.M. Scott Distillery, LLC** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alcohol & Tobacco Tax and Trade Bureau** PO Box 790353 Saint Louis, MO 63179 | | **Excise Tax** | | | | **$15,956.20** |
| **American Express** PO Box 6031 Carol Stream, IL 60197 | | **Credit Card** | | | | **$9,764.49** |
| **ByzFunder NY LLC dba ByzFunder** 530 7th Ave,  Floor M1 New York, NY 10018 | | **Loan** | **Contingent** | | | **$85,370.00** |
| **Capybara Capital** 6501 Congress Ave, Suite 340 Boca Raton, FL 33487 | | **Loan** | **Contingent** | | | **$76,566.62** |
| **CertaSite** 2801 Thunderhawk Court Dayton, OH 45414 | | **Goods and Services** | **Contingent** | | | **$31,117.60** |
| **Cintas Corp** PO Box 630803 Cincinnati, OH 45263 | | **Services** | | | | **$17,673.91** |
| **City of Troy, Department of Development** 100 S. Market Street Troy, OH 45373 | | **Loan UCC lien filed for incorrect party - AM Scott Distilling, Inc.** | **Contingent Disputed** | | | **$414,396.84** |
| **Daniel and Jessica Nielsen** 928 Haverhill Drive Troy, OH 45373 | | | **Contingent Unliquidated Disputed** | | | **$285,530.54** |

Debtor   **A.M. Scott Distillery, LLC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Envirocontrol Systems, Inc. 1565 Stanley Ave., Suite A Dayton, OH 45404** | | **Cognovit Judgment** | **Contingent Unliquidated Disputed** | | | **$50,173.74** |
| **Everest Busines Funding 102 W. 38th Street, 6th Floor New York, NY 10018** | | **Loan** | | | | **$67,502.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Payroll/Withholding** | | | | **$25,379.69** |
| **Jonie McGilvary 2821 Parkwood Drive Troy, OH 45373** | | **Loan** | | | | **$49,930.76** |
| **Keystone Real Estate Group 214 S. Mulberry Street Troy, OH 45373** | | **Lease Deficiency** | **Contingent Unliquidated Disputed** | | | **$74,295.10** |
| **Low Voltage Solutions Inc. 1611 N. Wapakoneta Ave PO Box 945 Sidney, OH 45365** | | **Goods and Services** | | | | **$50,330.78** |
| **Marcus Roth & Jennifer Roth 145 Short Street Troy, OH 45373** | | **Loan** | | | | **$98,367.91** |
| **Minster Bank 95 W. Fourth Street, PO Box 90 Minster, OH 45865** | | **40" Loading Turntable, 4 head Automatic Gravity Overflow Filler, 12.5' Filler Conveyor, 1 Head Automatic Corking Unin, 10' Corker Conveyor, Shrink Ban** | **Contingent** | **$99,959.68** | **$90,000.00** | **$9,959.68** |
| **Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216** | | **Sales Tax** | | | | **$31,689.30** |

Debtor    **A.M. Scott Distillery, LLC**

Name
       Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Clock Tower by West Element Ltd 11295 Converse Chapel Road Plain City, OH 43064** | | **Unjust enrichment** | **Contingent Unliquidated Disputed** | | | **$250,000.00** |
| **US Foods 9399 W. Higgins Road Des Plaines, IL 60018** | | **Goods and Services** | **Contingent Unliquidated Disputed** | | | **$20,382.17** |
| **Waterloo Container PO Box 262 Waterloo, NY 13165** | | **Goods and Services** | | | | **$32,055.73** |

**Fill in this information to identify the case:**

Debtor name   **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $    **427,741.34**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $    **427,741.34**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **354,966.24**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **83,030.09**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **2,915,995.07**

4.  Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                            $   **3,353,991.40**

**Fill in this information to identify the case:**

Debtor name    **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **Checking** | **7040** | **$10,200.00** |
| 3.2. | **Chase Bank** | **Checking** | **5557** | **$0.00** |
| 3.3. | **Chase Bank** | **Checking** | **5573** | **$1,769.37** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$11,969.37**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.1. | **Security Deposit with Landlord** | $4,100.00 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $4,100.00 |
|---|---|

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less: **10,402.20** - **0.00** = .... $10,402.20

_____   _____
face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $10,402.20 |
|---|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Office Furniture** | $0.00 | | $5,000.00 |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. | **$5,000.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2023 Ram Promaster.**<br>**47,000 Miles. Good condition. KBB**<br>**Privte Party Value Listed.**<br>**To be surrendered** | **$0.00** | | **$22,213.00** |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Walk In Cooler Combo Box. Intent is to be surrendered to Secured Creditor.** | **$0.00** | | **$32,841.00** |
| **40" Loading Turntable, 4 head Automatic Gravity Overflow Filler, 12.5' Filler Conveyor, 1 Head Automatic Corking Unin, 10' Corker Conveyor, Shrink Band Machine Model M-5GT2, Crating for M-5GT2, Heat Shrink Tunnel CR6000-STD, 10' Neck Bander/Heat Tunnel Conveyor, Series 3 Open Frame Labeling System, 40" Accumulation Turntable To be surrendered.** | **$0.00** | | **$90,000.00** |

Debtor  **A.M. Scott Distillery, LLC**
Name  Case number *(If known)*

| | | | |
|---|---|---|---|
| **FFE Located at former Mayflower restaurant.** | Unknown | Liquidation | $156,215.77 |
| **Elevator - Located at Schindler Elevator Corporation** | Unknown | Liquidation | $95,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$396,269.77

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark, Logos. State and Federal. Proprietery formulas for spirits** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Distillers License** | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor   **A.M. Scott Distillery, LLC**                          Case number *(If known)* _____
         _____
         Name

☒ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Claims and causes of action against Daniel and Jessica Nielsen involving misconduct,  defamation, breach of fiduciary duty.**

      **Amount requested to be determined.**                                                      **Unknown**
      _____
      Nature of claim         _____
      Amount requested                            $0.00

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                                  $0.00
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor   **A.M. Scott Distillery, LLC**                                  Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,969.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,402.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $396,269.77 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $427,741.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $427,741.34 |

**Fill in this information to identify the case:**

Debtor name   **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 968 West Veterans Realty LLC** | **Describe debtor's property that is subject to a lien** | $36,050.00 | $156,215.77 |

**2.1** **968 West Veterans Realty LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**All Assets**

**50 Tice Blvd
Woodcliff Lake, NJ 07677**
Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/3/2024**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. ODK Capital, LLC dba OnDeck
2. 968 West Veterans Realty LLC**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Amount of claim: $36,050.00    Value of collateral: $156,215.77**

---

**2.2** **Ally Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**2023 Ram Promaster.
47,000 Miles. Good condition. KBB Privte Party Value Listed.
To be surrendered**

**PO Box 380902
Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/23/2023**

**Amount of claim: $30,693.24    Value of collateral: $22,213.00**

| Debtor | **A.M. Scott Distillery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Minster Bank** | | Describe debtor's property that is subject to a lien | $99,959.68 | $90,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **40" Loading Turntable, 4 head Automatic Gravity Overflow Filler, 12.5' Filler Conveyor, 1 Head Automatic Corking Unin, 10' Corker Conveyor, Shrink Band Machine Model M-5GT2, Crating for M-5GT2, Heat Shrink Tunnel CR6000-STD, 10' Neck Bander** | | |

**95 W. Fourth Street, PO Box 90**
**Minster, OH 45865**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/27/2023**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **ODK Capital, LLC dba OnDeck** | Describe debtor's property that is subject to a lien | $121,456.31 | $156,215.77 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**4700 W. Daybreak Pkwy, Suite 200**
**South Jordan, UT 84009**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/6/2024**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Peac Solutions** | Describe debtor's property that is subject to a lien | $36,231.01 | $32,841.00 |
|---|---|---|---|---|

---

Debtor   **A.M. Scott Distillery, LLC**                                          Case number (if known)
_____
Name

Creditor's Name
**c/o Marlin Leasing Corp**
**PO Box 13604**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/23/2024**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Walk In Cooler Combo Box. Intent is to be
surrendered to Secured Creditor.**

Describe the lien
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Schindler Elevator Company** |
|---|---|

Creditor's Name

**20 Whippany Road**
**Morristown, NJ 07960**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**6942**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Elevator - Located at Schindler Elevator
Corporation**                                   $30,576.00        $95,000.00

Describe the lien
**Warehouse Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $354,966.24 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aspire Funding**<br>**50 Tice Blvd**<br>**Woodcliff Lake, NJ 07677** | Line **2.1** | |

Debtor   **A.M. Scott Distillery, LLC**                                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**Centra Funding LLC**
**1400 Preston Road #115**                                    Line  **2.5**
**Plano, TX 75093**

**Joshua A. Koltak, Esq.**
**Couerview Center, Suite 300**                               Line  **2.3**
**100 South Main Avenue**
**Sidney, OH 45365**

**Fill in this information to identify the case:**

Debtor name    **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alcohol & Tobacco Tax and Trade Bureau**<br>**PO Box 790353**<br>**Saint Louis, MO 63179** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,956.20** | **$15,956.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Excise Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**City of London Income Tax Department**<br>**20 S. Walnut Street**<br>**London, OH 43140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$98.08** | **$98.08** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **A.M. Scott Distillery, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,968.42 | $1,968.42 |
|---|---|---|---|---|

**City of Troy Tax Department**
**Municipal Building**
**100 S. Mark Street**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.17 | $35.17 |
|---|---|---|---|---|

**City of West Milton Tax**
**Department**
**701 South Main Street**
**West Milton, OH 45383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,379.69 | $25,379.69 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,689.30 | $31,689.30 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **9678**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **A.M. Scott Distillery, LLC**
_____    Case number (if known) _____
        Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,708.67 | $1,708.67 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.09 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**School District Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,381.22 | $1,381.22 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unclaimed Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,763.25 | $4,763.25 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Unemployment**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **A.M. Scott Distillery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$688.00**

**Alexander Sewer & Drain**
**2 South Main Street**
**PO Box 64**
**Casstown, OH 45312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,669.96**

**AM Scott Management, LLC**
**9141 North Dixie Drive**
**Dayton, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,995.05**

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,764.49**

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Andrew T. Warnock**
**6565 Heritage Road**
**Hilliard, OH 43026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0590**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$629,624.78**

**Anthony Scott**
**9141 North Dixie Drive**
**Dayton, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$274.87**

**Arrowwood Wholesale**
**560 Fielding Drive**
**Versailles, KY 40383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inventory/Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A.M. Scott Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address

**Bittercube LLC**
**4828 W. Lisbon Ave**
**Milwaukee, WI 53210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory/Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**BlueHenry LLC**
**9210 Hampton Overlook**
**Capitol Heights, MD 20743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$370.50**

---

**3.10** | Nonpriority creditor's name and mailing address

**Brown Pest Control**
**4012 N. Main Street**
**Dayton, OH 45405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$189.20**

---

**3.11** | Nonpriority creditor's name and mailing address

**Busted Brick Realty Group, LLC**
**c/o Wesley Martin, Registered Agent**
**10 Wheatland Drive**
**Arcanum, OH 45304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lease Deficiency**

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.12** | Nonpriority creditor's name and mailing address

**ByzFunder NY LLC dba ByzFunder**
**530 7th Ave,  Floor M1**
**New York, NY 10018**

Date(s) debt was incurred  **8/6/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$85,370.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Campbell's Septic Services**
**7565 Winding Way**
**Tipp City, OH 45371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Capybara Capital**
**6501 Congress Ave, Suite 340**
**Boca Raton, FL 33487**

Date(s) debt was incurred  **8/16/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$76,566.62**

---

| Debtor | **A.M. Scott Distillery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,980.86 |
|---|---|---|---|

**Centerpoint**
PO Box 4849
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,117.60 |
|---|---|---|---|

**CertaSite**
2801 Thunderhawk Court
Dayton, OH 45414

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.74 |
|---|---|---|---|

**CertaSite LLC**
PO Box 772443
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,121.11 |
|---|---|---|---|

**Characters Inc**
190 Peters Ave
Troy, OH 45373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.00 |
|---|---|---|---|

**Cheeky Cocktails**
630 Flushing Avenue, F15
Brooklyn, NY 11206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher J. Meyer**
2210 Ravenwood Trail
Piqua, OH 45356-5000

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **0236**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Chuck's Septic**
2136 Hardy Pkwy St.
Grove City, OH 43123

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A.M. Scott Distillery, LLC**
　　　　　 Name

Case number (if known) _____

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,673.91**

**Cintas Corp**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414,396.84**

**City of Troy, Department of Development**
**100 S. Market Street**
**Troy, OH 45373**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/5/2023**

Last 4 digits of account number _

Basis for the claim:  **Loan**
**UCC lien filed for incorrect party - AM Scott Distilling, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.84**

**Cocktail Crate**
**1625 Taney Street**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.95**

**Complete Payment Recovery Services, Inc.**
**Attn: TA-09**
**11601 Roosevelt Blvd.**
**Saint Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.59**

**Cottage Door Press**
**South Lake Park Road**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$286.00**

**Craftmix**
**301 Life Science Way, Suite 600**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,100.38**

**Dale's Auto Service Center**
**26 S. Tippecanoe Drive**
**Tipp City, OH 45371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **A.M. Scott Distillery, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $285,530.54 |
| --- | --- | --- | --- |

**Daniel and Jessica Nielsen**
**928 Haverhill Drive**
**Troy, OH 45373**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $174.74 |
| --- | --- | --- | --- |

**Demitri's Gourmet Mixes**
**8230 5th Avenue S., Suite A**
**Seattle, WA 98108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $739.60 |
| --- | --- | --- | --- |

**Diana Hodge**
**1080 Halifax Drive**
**Troy, OH 45373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,784.85 |
| --- | --- | --- | --- |

**E-Pak Machinery Inc**
**1535 S. State Road 39**
**La Porte, IN 46350**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,809.43 |
| --- | --- | --- | --- |

**Elite Print Finishing Inc.**
**1718 Maple Ave**
**Burlington, NC 27215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,173.74 |
| --- | --- | --- | --- |

**Envirocontrol Systems, Inc.**
**1565 Stanley Ave., Suite A**
**Dayton, OH 45404**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _1/21/2025_

Last 4 digits of account number _0022_

Basis for the claim: __Cognovit Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,624.31 |
| --- | --- | --- | --- |

**Evans Plumbing LLC**
**355 Huls Drive**
**Clayton, OH 45315**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A.M. Scott Distillery, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.36**

**Nonpriority creditor's name and mailing address**
**Ever-Green Lawncare LLC**
**PO Box 217**
**Troy, OH 45373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$24.32**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Everest Busines Funding**
**102 W. 38th Street, 6th Floor**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$67,502.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Faire Wholesale, Inc.**
**100 Potero Avenue**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,188.17**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**FilterShine Midwest LLC**
**1005 S. Main Street**
**West Milton, OH 45383**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$255.20**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Grainger**
**Dept 888304238**
**Palatine, IL 60038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$377.11**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Greenville Federal**
**690 Wagner Ave.**
**Greenville, OH 45331**

Date(s) debt was incurred _
Last 4 digits of account number  **0545**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Federal Unemployment**

Is the claim subject to offset? ■ No ☐ Yes

**$433.49**

| Debtor | A.M. Scott Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,590.00**

Jeff Dickason
7211 Lostcreek Shelby Road
Fletcher, OH 45326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,195.00**

JL Conrad Commercial Furnishings LLC
8100 Massillion Road SW
Navarre, OH 44662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,930.76**

Jonie McGilvary
2821 Parkwood Drive
Troy, OH 45373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/22/2024

Basis for the claim:  Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,210.00**

Kash Advance, LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33160

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/19/2024

Basis for the claim:  Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

Kate Aspen
2700 Breckinridge Blvd
Duluth, GA 30096-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,498.00**

Katy Scott
9141 North Dixie Drive
Dayton, OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,295.10**

Keystone Real Estate Group
214 S. Mulberry Street
Troy, OH 45373

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Lease Deficiency

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **A.M. Scott Distillery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.90 |
|---|---|---|---|

**Liberty Services Inc.**
**1005 S. Main Street**
**West Milton, OH 45383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.00 |
|---|---|---|---|

**Lifestyle Comfort Solutions**
**PO Box 247**
**Dayton, OH 45409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,214.54 |
|---|---|---|---|

**Lightspeed**
**700 Rue Saint-Antoine E**
**Montreal, QC H2Y 1A6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Point of Sale Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,104.79 |
|---|---|---|---|

**Lightspeed Capital**
**700 Rue Saint-Antoine E**
**Montreal QC H2Y 1A6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,567.78 |
|---|---|---|---|

**Lightspeed Capital**
**700 Rue Saint-Antoine E**
**Montreal QC H2Y 1A6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,683.36 |
|---|---|---|---|

**Lightspeed Capital**
**700 Rue Saint-Antoine E**
**Montreal QC H2Y 1A6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,330.78 |
|---|---|---|---|

**Low Voltage Solutions Inc.**
**1611 N. Wapakoneta Ave**
**PO Box 945**
**Sidney, OH 45365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **A.M. Scott Distillery, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Lucky Jack**
**540 Commons Drive**
**Fulton, MO 65251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

$358.20

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Mackenzie Smith Inc.**
**PO Box 4382**
**Burlington, VT 05406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

$1,691.37

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Maple Craft Foods**
**125 South Main Street**
**Newtown, CT 06470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

$362.49

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Marcus Roth & Jennifer Roth**
**145 Short Street**
**Troy, OH 45373**

Date(s) debt was incurred  **9/23/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$98,367.91

---

**3.61**

**Nonpriority creditor's name and mailing address**
**MBB Distributing, LLC**
**6550 Hamilton Lebanon Road**
**Middletown, OH 45044**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **0236**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Megacity Fire & Security**
**8210 Expansion way**
**Dayton, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

$58.85

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Meier's Beverage Group**
**6955 Plainfield Road**
**Cincinnati, OH 45236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

$2,881.81

---

| Debtor | A.M. Scott Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$995.00**

Miami County Visitors & Convention Bureau
405 SW Public Square, Suite 272
Troy, OH 45373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Moeller Brew Barn, LLC
8016 Marion Drive
Maria Stein, OH 45860

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

**Basis for the claim:** _

Last 4 digits of account number  0236

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$736.68**

Montgomery County CSEA
1111 S. Edwin C. Moses Blvd.
Dayton, OH 45422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Child Support WIthholding for former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.68**

Mosquito Hunters
PO Box 574
Hilliard, OH 43026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Goods and Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$991.68**

Nousing, Inc. dba Amoretti
451 S. Lombard Street
Oxnard, CA 93030

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Inventory/Supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,655.47**

Ohio Bureau of Wokrers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025

**Basis for the claim:**  True Up Premiums

Last 4 digits of account number  2591

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$318.52**

Old School Brand
28113 NC 24-27 Highway
Albemarle, NC 28001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Goods and Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **A.M. Scott Distillery, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$671.00** |
|---|---|---|---|

**Pappy & Co.**
**843 E. Market Street**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.41** |
|---|---|---|---|

**Partner Business Services, Inc.**
**1080 Halifax Drive**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668.78** |
|---|---|---|---|

**Prestige**
**1200 Woodside Avenue**
**Bay City, MI 48708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,567.35** |
|---|---|---|---|

**Pure Sense Candle**
**803 N. 2nd Street**
**Coldwater, OH 45828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,918.40** |
|---|---|---|---|

**Puritan Springs**
**1709 N. Kickapoo Street**
**Lincoln, IL 62656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|---|---|---|---|

**Rad's Bloody Mary**
**9797 Southern Belle Court**
**Dayton, OH 45458**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rayce T. Robinson**
**11295 Converse Chapel Road**
**Plain City, OH 43064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0590**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A.M. Scott Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.78**

**Nonpriority creditor's name and mailing address**
**Rooster Land Monroe LLC**
**6550 Hamilton Lebanon Road**
**Middletown, OH 45044**

Date(s) debt was incurred __2024__

Last 4 digits of account number __0236__

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**Scott Investments**
**9141 North Dixie Drive**
**Dayton, OH 45414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

**$25.09**

---

**3.80**

**Nonpriority creditor's name and mailing address**
**Scott Investments, LLC**
**9141 North Dixie Drive**
**Dayton, OH 45414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$408,435.36**

---

**3.81**

**Nonpriority creditor's name and mailing address**
**Seven Rooms**
**228 Park Avenue, PMB 33706**
**New York, NY 10003-1502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

**$9,416.00**

---

**3.82**

**Nonpriority creditor's name and mailing address**
**Sovos Compliance LLC**
**200 Ballardvale Street**
**4rth Floor**
**Wilmington, MA 01887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

**$5,682.60**

---

**3.83**

**Nonpriority creditor's name and mailing address**
**Spectrum (Charter Communications)**
**12405 Powerscourt Drive**
**Saint Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**$183.93**

---

**3.84**

**Nonpriority creditor's name and mailing address**
**SpeedPro**
**779 Crossroads Court**
**Vandalia, OH 45377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,174.88**

---

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**

**State of Art**
**6795 Wonder Way Drive**
**Tipp City, OH 45371**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$991.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Stripe**
**354 Oyster Point Blvd.**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Chargeback**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,530.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Superior Draft Beer Services**
**1915 Carlyle Drive**
**Piqua, OH 45356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$112.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Swank Motion Picture**
**2844 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$395.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Tabernacle Brewing Company, LLC**
**214 W. Main Street**
**Troy, OH 45373**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **0236**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**The Clock Tower by West Element Ltd**
**11295 Converse Chapel Road**
**Plain City, OH 43064**

Date(s) debt was incurred _

Last 4 digits of account number  **0590**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unjust enrichment**

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**The Farmhouse Bakery**
**167 E. Peterson Road**
**Troy, OH 45373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,037.50**

---

| Debtor | **A.M. Scott Distillery, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168.00**

**The Future Begins Today**
PO Box 511
Troy, OH 45373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Main Street London Collective, Ltd**
5252 Norwich St.
Hilliard, OH 43026

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lease Deficiency__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.00**

**The Wild Wander**
425 Strawberry Street
Richmond, VA 23220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,271.35**

**Trimark**
PO box 536326
Pittsburgh, PA 15253

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227.60**

**Trojan Floris**
121 S. Market Street
Troy, OH 45373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$187.50**

**Tuscarora Wood Midwest**
6506 West US Rt 36
Covington, OH 45318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$268.23**

**Uline**
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A.M. Scott Distillery, LLC**                              Case number (if known) _____
      Name

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,382.17 |
|---|---|---|---|

**US Foods**
9399 W. Higgins Road
Des Plaines, IL 60018

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Warnock, Andrew T. Individually and
Derivatively on behalf of Keystone Renew**
6565 Heritage Road
Hilliard, OH 43026

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0054**

Basis for the claim:  **Portion of Rent for 225 Walnut, Troy, Ohio**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,055.73 |
|---|---|---|---|

**Waterloo Container**
PO Box 262
Waterloo, NY 13165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.44 |
|---|---|---|---|

**Western Ohio True Value Hardware**
852 S. Market Street
Troy, OH 45373

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.29 |
|---|---|---|---|

**WS Game Company**
4050 West Sunset Road, Suite B
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Access Receivables Management**<br>11350 McCormick Road EP III, Suite 800<br>Hunt Valley, MD 21031 | Line  **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Altus Commercial Receivables**<br>2121 Arline Drive, Suite 520<br>Metairie, LA 70001 | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

| 4.3 | **Andrew T. Warnock, on behalf of Keystone Real Estate Group, LTD 6565 Heritage Road Hilliard, OH 43026** | Line **3.100** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Atradius Collections Inc. 3500 Lacey Road, Suite 220 Downers Grove, IL 60515** | Line **3.52** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Berkovitch & Bouskila, PLLC 1545 U.S. 202, Suite 101 Pomona, NY 10970** | Line **3.12** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Bruns, Connell, Vollmar, & Armstrong, LL 40 N. Main Street, Suite 2010 Dayton, OH 45423** | Line **3.20** ☐ Not listed. Explain ____ | _ |
| 4.7 | **Bruns, Connell, Vollmar, & Armstrong, LL 40 N. Main Street, Suite 2010 Dayton, OH 45423** | Line **3.89** ☐ Not listed. Explain ____ | _ |
| 4.8 | **Bruns, Connell, Vollmar, & Armstrong, LL 40 N. Main Street, Suite 2010 Dayton, OH 45423** | Line **3.78** ☐ Not listed. Explain ____ | _ |
| 4.9 | **Bruns, Connell, Vollmar, & Armstrong, LL 40 N. Main Street, Suite 2010 Dayton, OH 45423** | Line **3.61** ☐ Not listed. Explain ____ | _ |
| 4.10 | **Bruns, Connell, Vollmar, & Armstrong, LL 40 N. Main Street, Suite 2010 Dayton, OH 45423** | Line **3.65** ☐ Not listed. Explain ____ | _ |
| 4.11 | **Harrelson & Harrelson LLP 9 West Water Street Troy, OH 45373** | Line **3.100** ☐ Not listed. Explain ____ | _ |
| 4.12 | **Internal Revenue Service Insolvency Group 1 550 Main Street, Room 3525 Cincinnati, OH 45202** | Line **2.5** ☐ Not listed. Explain ____ | _ |
| 4.13 | **Internal Revenue Service Insolvency Group 1 550 Main Street, Room 3525 Cincinnati, OH 45202** | Line **3.42** ☐ Not listed. Explain ____ | _ |
| 4.14 | **Internal Revenue Service Insolvency Group 1 550 Main Street, Room 3525 Cincinnati, OH 45202** | Line **2.2** ☐ Not listed. Explain ____ | _ |
| 4.15 | **Internal Revenue Service Insolvency Group 1 550 Main Street, Room 3525 Cincinnati, OH 45202** | Line **2.3** ☐ Not listed. Explain ____ | _ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **Internal Revenue Service**<br>**Insolvency Group 1**<br>**550 Main Street, Room 3525**<br>**Cincinnati, OH 45202** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Office of the Ohio Attorney General**<br>**Collections Enforcement Section**<br>**30 East Broad Street, 14th Floor**<br>**Columbus, OH 43215** | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Office of the Ohio Attorney General**<br>**Collections Enforcement Section**<br>**30 East Broad Street, 14th Floor**<br>**Columbus, OH 43215** | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Office of the Ohio Attorney General**<br>**Collections Enforcement Section**<br>**30 East Broad Street, 14th Floor**<br>**Columbus, OH 43215** | Line **2.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Office of the Ohio Attorney General**<br>**Collections Enforcement Section**<br>**30 East Broad Street, 14th Floor**<br>**Columbus, OH 43215** | Line **2.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **2.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **2.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Ohio Bureau of Workers Compensation**<br>**30 West Spring Street**<br>**Columbus, OH 43215** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Pickrel, Schaeffer & Ebeling Co.**<br>**2700 Stratacache Tower**<br>**Dayton, OH 45423** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.28 | **Pickrel, Schaeffer & Ebeling Co.**<br>**2700 Stratacache Tower**<br>**Dayton, OH 45423** | Line __3.41__<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Receivable Control Corporation**<br>**7373 Kirkwood Court, Suite 200**<br>**Osseo, MN 55369** | Line __3.88__<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Treasurer State of Ohio**<br>**Attn: Business Tax Division**<br>**PO Box 2678**<br>**Columbus, OH 43216** | Line __2.6__<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Treasurer State of Ohio**<br>**Attn: Business Tax Division**<br>**PO Box 2678**<br>**Columbus, OH 43216** | Line __2.7__<br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Treasurer State of Ohio**<br>**Attn: Business Tax Division**<br>**PO Box 2678**<br>**Columbus, OH 43216** | Line __2.8__<br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Treasurer State of Ohio**<br>**Attn: Business Tax Division**<br>**PO Box 2678**<br>**Columbus, OH 43216** | Line __2.9__<br>☐ Not listed. Explain ____ | _ |
| 4.34 | **U.S. Attorney -- Dayton**<br>**602 Federal Building**<br>**200 West Second Street**<br>**Dayton, OH 45402** | Line __2.1__<br>☐ Not listed. Explain ____ | _ |
| 4.35 | **U.S. Attorney -- Dayton**<br>**602 Federal Building**<br>**200 West Second Street**<br>**Dayton, OH 45402** | Line __2.5__<br>☐ Not listed. Explain ____ | _ |
| 4.36 | **U.S. Attorney -- Dayton**<br>**602 Federal Building**<br>**200 West Second Street**<br>**Dayton, OH 45402** | Line __3.42__<br>☐ Not listed. Explain ____ | _ |
| 4.37 | **U.S. Attorney General**<br>**Main Justice Building Rm 5111**<br>**10th & Constitution Ave. N.W.**<br>**Washington, DC 20530** | Line __2.1__<br>☐ Not listed. Explain ____ | _ |
| 4.38 | **U.S. Attorney General**<br>**Main Justice Building Rm 5111**<br>**10th & Constitution Ave. N.W.**<br>**Washington, DC 20530** | Line __2.5__<br>☐ Not listed. Explain ____ | _ |
| 4.39 | **U.S. Attorney General**<br>**Main Justice Building Rm 5111**<br>**10th & Constitution Ave. N.W.**<br>**Washington, DC 20530** | Line __3.42__<br>☐ Not listed. Explain ____ | _ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.40 **William M. Harrelson II**<br>**Robert M. Harrelson**<br>**9 West Water Street**<br>**Troy, OH 45373** | Line **3.77**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 **William M. Harrelson II**<br>**Robert M. Harrelson**<br>**9 West Water Street**<br>**Troy, OH 45373** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 **William M. Harrelson II**<br>**Robert M. Harrelson**<br>**9 West Water Street**<br>**Troy, OH 45373** | Line **3.90**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 83,030.09 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,915,995.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,999,025.16 |

**Fill in this information to identify the case:**

Debtor name **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **9 West Main Street, Troy, OH 45373 (Mayflower Building) 10 year lease beginning March, 2023 Years 1-2 - $17850.00 per month 3-4 - $19350.00 per month 5-6 - $20269.00 per month 7-8 - $21,231.00 per month 9-10 - $22,239.00 per month** |
| State the term remaining | |
| List the contract number of any government contract | **Busted Brick Realty Group, LLC c/o Wesley Martin, Registered Agent 10 Wheatland Drive Arcanum, OH 45304** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Lease begins 11/1/2022 and terminates 11/1/2027 for real property located at 214 S. Mulberry Street, Troy, OH 45373** **Monthly installments of $1250.00** |
| State the term remaining | |
| List the contract number of any government contract | **Keystone Real Estate Group 214 S. Mulberry Street Troy, OH 45373** |

Debtor 1    **A.M. Scott Distillery, LLC**                                         Case number (*if known*) _____

         First Name              Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **39 month lease beginning 5/1/2025 for real property located at 9141 North Dixie Drive, Dayton, OH 45414 May, June, July 2025 - No rent due August 1, 2025 - July 31, 2026 - $3500.00/month August 1, 2026 - July 31, 2027 - $4100.00/month August 1, 2027 - July 31, 2028 - $4600.00/month** | |
|---|---|---|---|
| | State the term remaining | **36 months** | **Moor Investing Group, LLP c/o Capstone Property Solutions, Inc. 8535 N. Dixie Drive, Suite B Dayton, OH 45414** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease beginning 2/1/2024 and ending 6/30/2027 for real property located at 112 S. Main Street, London, OH 43140 $0.00 - 2/1/2024-6/30/2024 $805.00 - 7/1/2024 - 6/30/2025 $845.00 - 7/1/2025 - 6/30/2026 $888.00 - 7/1/2026 - 6/30/2027** | |
|---|---|---|---|
| | State the term remaining | | **The Main Street London Collective, Ltd 5252 Norwich St. Hilliard, OH 43026** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Abby Moeller** | **2520 Clune Stucke Road** <br> **Maria Stein, OH 45860** | **Christopher J. Meyer** | ☐ D _____ <br> ■ E/F ___3.20___ <br> ☐ G _____ |
| 2.2 | **Abby Moeller** | **2520 Clune Stucke Road** <br> **Maria Stein, OH 45860** | **Tabernacle Brewing Company, LLC** | ☐ D _____ <br> ■ E/F ___3.89___ <br> ☐ G _____ |
| 2.3 | **Abby Moeller** | **2520 Clune Stucke Road** <br> **Maria Stein, OH 45860** | **Rooster Land Monroe LLC** | ☐ D _____ <br> ■ E/F ___3.78___ <br> ☐ G _____ |
| 2.4 | **Abby Moeller** | **2520 Clune Stucke Road** <br> **Maria Stein, OH 45860** | **MBB Distributing, LLC** | ☐ D _____ <br> ■ E/F ___3.61___ <br> ☐ G _____ |
| 2.5 | **Abby Moeller** | **2520 Clune Stucke Road** <br> **Maria Stein, OH 45860** | **Moeller Brew Barn, LLC** | ☐ D _____ <br> ■ E/F ___3.65___ <br> ☐ G _____ |

Debtor    __A.M. Scott Distillery, LLC_____    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.6 | Angela M. Demange | 8714 Cambridge Drive Versailles, OH 45380 | Christopher J. Meyer | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.7 | Angela M. Demange | 8714 Cambridge Drive Versailles, OH 45380 | Tabernacle Brewing Company, LLC | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.8 | Angela M. Demange | 8714 Cambridge Drive Versailles, OH 45380 | Rooster Land Monroe LLC | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.9 | Angela M. Demange | 8714 Cambridge Drive Versailles, OH 45380 | MBB Distributing, LLC | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.10 | Angela M. Demange | 8714 Cambridge Drive Versailles, OH 45380 | Moeller Brew Barn, LLC | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.11 | Anthony Scott | 9141 North Dixie Drive Dayton, OH 45414 | ByzFunder NY LLC dba ByzFunder | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.12 | Anthony Scott | 9141 North Dixie Drive Dayton, OH 45414 | Rayce T. Robinson | ☐ D _____ ■ E/F __3.77__ ☐ G _____ |
| 2.13 | Anthony Scott | 9141 North Dixie Drive Dayton, OH 45414 | Andrew T. Warnock | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | The Clock Tower by<br>West Element Ltd | ☐ D _____<br>■ E/F ___3.90___<br>☐ G _____ |
| 2.15 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Envirocontrol<br>Systems, Inc. | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.16 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Christopher J. Meyer | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.17 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Tabernacle Brewing<br>Company, LLC | ☐ D _____<br>■ E/F ___3.89___<br>☐ G _____ |
| 2.18 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Rooster Land Monroe<br>LLC | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |
| 2.19 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | MBB Distributing,<br>LLC | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.20 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Moeller Brew Barn,<br>LLC | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.21 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Warnock, Andrew T.<br>Individually and | ☐ D _____<br>■ E/F ___3.100___<br>☐ G _____ |

Debtor __**A.M. Scott Distillery, LLC**__   Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | 968 West Veterans<br>Realty LLC | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Capybara Capital | ☐ D _____<br>▮ E/F __3.14__<br>☐ G _____ |
| 2.24 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Kash Advance, LLC | ☐ D _____<br>▮ E/F __3.46__<br>☐ G _____ |
| 2.25 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | ODK Capital, LLC<br>dba OnDeck | ▮ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | City of Troy,<br>Department of<br>Development | ☐ D _____<br>▮ E/F __3.23__<br>☐ G _____ |
| 2.27 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Ally Bank | ▮ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Minster Bank | ▮ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Anthony Scott | 9141 North Dixie Drive<br>Dayton, OH 45414 | Peac Solutions | ▮ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.30 | **Brandon Freytag** | **1247 Barrington Drive**<br>**Troy, OH 45373** | **Christopher J. Meyer** | ☐ D ____<br>■ E/F ___3.20___<br>☐ G ____ |
| 2.31 | **Brandon Freytag** | **1247 Barrington Drive**<br>**Troy, OH 45373** | **Tabernacle Brewing Company, LLC** | ☐ D ____<br>■ E/F ___3.89___<br>☐ G ____ |
| 2.32 | **Brandon Freytag** | **1247 Barrington Drive**<br>**Troy, OH 45373** | **Rooster Land Monroe LLC** | ☐ D ____<br>■ E/F ___3.78___<br>☐ G ____ |
| 2.33 | **Brandon Freytag** | **1247 Barrington Drive**<br>**Troy, OH 45373** | **MBB Distributing, LLC** | ☐ D ____<br>■ E/F ___3.61___<br>☐ G ____ |
| 2.34 | **Brandon Freytag** | **1247 Barrington Drive**<br>**Troy, OH 45373** | **Moeller Brew Barn, LLC** | ☐ D ____<br>■ E/F ___3.65___<br>☐ G ____ |
| 2.35 | **Brian Dwenger** | **9 Mill Street**<br>**Chickasaw, OH 45826** | **Christopher J. Meyer** | ☐ D ____<br>■ E/F ___3.20___<br>☐ G ____ |
| 2.36 | **Brian Dwenger** | **9 Mill Street**<br>**Chickasaw, OH 45826** | **Tabernacle Brewing Company, LLC** | ☐ D ____<br>■ E/F ___3.89___<br>☐ G ____ |
| 2.37 | **Brian Dwenger** | **9 Mill Street**<br>**Chickasaw, OH 45826** | **Rooster Land Monroe LLC** | ☐ D ____<br>■ E/F ___3.78___<br>☐ G ____ |

Debtor   __A.M. Scott Distillery, LLC_____   Case number *(if known)* _____

| ▉ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Brian Dwenger** 9 Mill Street Chickasaw, OH 45826 | **MBB Distributing, LLC** | ☐ D _____ ■ E/F ___3.61___ ☐ G _____ |
| 2.39 | **Brian Dwenger** 9 Mill Street Chickasaw, OH 45826 | **Moeller Brew Barn, LLC** | ☐ D _____ ■ E/F ___3.65___ ☐ G _____ |
| 2.40 | **Capital 5 Investments, LLC** c/o Garrett Gray, Statutory Agent 2913 Shore Drive Celina, OH 45822 | **Christopher J. Meyer** | ☐ D _____ ■ E/F ___3.20___ ☐ G _____ |
| 2.41 | **Capital 5 Investments, LLC** c/o Garrett Gray, Statutory Agent 2913 Shore Drive Celina, OH 45822 | **Tabernacle Brewing Company, LLC** | ☐ D _____ ■ E/F ___3.89___ ☐ G _____ |
| 2.42 | **Capital 5 Investments, LLC** c/o Garrett Gray, Statutory Agent 2913 Shore Drive Celina, OH 45822 | **Rooster Land Monroe LLC** | ☐ D _____ ■ E/F ___3.78___ ☐ G _____ |
| 2.43 | **Capital 5 Investments, LLC** c/o Garrett Gray, Statutory Agent 2913 Shore Drive Celina, OH 45822 | **MBB Distributing, LLC** | ☐ D _____ ■ E/F ___3.61___ ☐ G _____ |
| 2.44 | **Capital 5 Investments, LLC** c/o Garrett Gray, Statutory Agent 2913 Shore Drive Celina, OH 45822 | **Moeller Brew Barn, LLC** | ☐ D _____ ■ E/F ___3.65___ ☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.45 | **Carla A. Kramer** | **20 S. Center Street**<br>**Chickasaw, OH 45826** | **Christopher J. Meyer** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
|---|---|---|---|---|
| 2.46 | **Carla A. Kramer** | **20 S. Center Street**<br>**Chickasaw, OH 45826** | **Tabernacle Brewing Company, LLC** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.47 | **Carla A. Kramer** | **20 S. Center Street**<br>**Chickasaw, OH 45826** | **Rooster Land Monroe LLC** | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.48 | **Carla A. Kramer** | **20 S. Center Street**<br>**Chickasaw, OH 45826** | **MBB Distributing, LLC** | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |
| 2.49 | **Carla A. Kramer** | **20 S. Center Street**<br>**Chickasaw, OH 45826** | **Moeller Brew Barn, LLC** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.50 | **David S. Bollheimer** | **1925 Jillane Drive**<br>**Troy, OH 45373** | **Christopher J. Meyer** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.51 | **David S. Bollheimer** | **1925 Jillane Drive**<br>**Troy, OH 45373** | **Tabernacle Brewing Company, LLC** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.52 | **David S. Bollheimer** | **1925 Jillane Drive**<br>**Troy, OH 45373** | **Rooster Land Monroe LLC** | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |

---

Official Form 206H                    Schedule H: Your Codebtors

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.53 **David S. Bollheimer** | 1925 Jillane Drive<br>Troy, OH 45373 | **MBB Distributing, LLC** | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |
| 2.54 **David S. Bollheimer** | 1925 Jillane Drive<br>Troy, OH 45373 | **Moeller Brew Barn, LLC** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.55 **Davis S. Bollheimer, Trustee** | Bolheimer Rev. LIving Trust<br>1925 Jilliane Drive<br>Troy, OH 45373 | **Greenville Federal** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.56 **Dayton Brew Investment RA, LLC** | c/o Michael G. Leesman, Statutory Agent<br>33 W. First Street, Suite 600<br>Dayton, OH 45402 | **Christopher J. Meyer** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.57 **Dayton Brew Investment RA, LLC** | c/o Michael G. Leesman, Statutory Agent<br>33 W. First Street, Suite 600<br>Dayton, OH 45402 | **Tabernacle Brewing Company, LLC** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.58 **Dayton Brew Investment RA, LLC** | c/o Michael G. Leesman, Statutory Agent<br>33 W. First Street, Suite 600<br>Dayton, OH 45402 | **Rooster Land Monroe LLC** | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.59 **Dayton Brew Investment RA, LLC** | c/o Michael G. Leesman, Statutory Agent<br>33 W. First Street, Suite 600<br>Dayton, OH 45402 | **MBB Distributing, LLC** | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.60 | **Dayton Brew Investment RA, LLC** | c/o Michael G. Leesman, Statutory Agent<br>33 W. First Street, Suite 600<br>Dayton, OH 45402 | **Moeller Brew Barn, LLC** | ☐ D ____<br>■ E/F  **3.65**<br>☐ G ____ |
| 2.61 | **Gary Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Christopher J. Meyer** | ☐ D ____<br>■ E/F  **3.20**<br>☐ G ____ |
| 2.62 | **Gary Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Tabernacle Brewing Company, LLC** | ☐ D ____<br>■ E/F  **3.89**<br>☐ G ____ |
| 2.63 | **Gary Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Rooster Land Monroe LLC** | ☐ D ____<br>■ E/F  **3.78**<br>☐ G ____ |
| 2.64 | **Gary Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **MBB Distributing, LLC** | ☐ D ____<br>■ E/F  **3.61**<br>☐ G ____ |
| 2.65 | **Gary Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Moeller Brew Barn, LLC** | ☐ D ____<br>■ E/F  **3.65**<br>☐ G ____ |
| 2.66 | **James A. Kramer** | 20 S. Center Street<br>Chickasaw, OH 45826 | **Christopher J. Meyer** | ☐ D ____<br>■ E/F  **3.20**<br>☐ G ____ |
| 2.67 | **James A. Kramer** | 20 S. Center Street<br>Chickasaw, OH 45826 | **Tabernacle Brewing Company, LLC** | ☐ D ____<br>■ E/F  **3.89**<br>☐ G ____ |

Debtor **A.M. Scott Distillery, LLC**　　　　　　　Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.68 | James A. Kramer | 20 S. Center Street Chickasaw, OH 45826 | Rooster Land Monroe LLC | ☐ D _____<br>▮ E/F **3.78**<br>☐ G _____ |
| 2.69 | James A. Kramer | 20 S. Center Street Chickasaw, OH 45826 | MBB Distributing, LLC | ☐ D _____<br>▮ E/F **3.61**<br>☐ G _____ |
| 2.70 | James A. Kramer | 20 S. Center Street Chickasaw, OH 45826 | Moeller Brew Barn, LLC | ☐ D _____<br>▮ E/F **3.65**<br>☐ G _____ |
| 2.71 | Jason Winner | 8363 Brockman Road MI 48522 | Christopher J. Meyer | ☐ D _____<br>▮ E/F **3.20**<br>☐ G _____ |
| 2.72 | Jason Winner | 8363 Brockman Road MI 48522 | Tabernacle Brewing Company, LLC | ☐ D _____<br>▮ E/F **3.89**<br>☐ G _____ |
| 2.73 | Jason Winner | 8363 Brockman Road MI 48522 | Rooster Land Monroe LLC | ☐ D _____<br>▮ E/F **3.78**<br>☐ G _____ |
| 2.74 | Jason Winner | 8363 Brockman Road MI 48522 | MBB Distributing, LLC | ☐ D _____<br>▮ E/F **3.61**<br>☐ G _____ |
| 2.75 | Jason Winner | 8363 Brockman Road MI 48522 | Moeller Brew Barn, LLC | ☐ D _____<br>▮ E/F **3.65**<br>☐ G _____ |

Debtor   **A.M. Scott Distillery, LLC**                          Case number *(if known)* _____

■   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.76 | **Jessica Nielson** | 928 Haverhill Drive<br>Troy, OH 45373 | **Rayce T. Robinson** | ☐ D _____<br>■ E/F __3.77__<br>☐ G _____ |
| 2.77 | **Jessica Nielson** | 928 Haverhill Drive<br>Troy, OH 45373 | **Andrew T. Warnock** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.78 | **Jessica Nielson** | 928 Haverhill Drive<br>Troy, OH 45373 | **The Clock Tower by West Element Ltd** | ☐ D _____<br>■ E/F __3.90__<br>☐ G _____ |
| 2.79 | **Jessica Nielson** | 928 Haverhill Drive<br>Troy, OH 45373 | **Kash Advance, LLC** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.80 | **Jessica Nielson** | 928 Haverhill Drive<br>Troy, OH 45373 | **City of Troy, Department of Development** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.81 | **Jessica Nielson** | 928 Haverhill Drive<br>Troy, OH 45373 | **968 West Veterans Realty LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.82 | **Kenneth D. Demange** | 8714 Cambridge Drive<br>Versailles, OH 45380 | **Christopher J. Meyer** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.83 | **Kenneth D. Demange** | 8714 Cambridge Drive<br>Versailles, OH 45380 | **Tabernacle Brewing Company, LLC** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* |
|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D / E/F / G |
|---|---|---|---|---|
| 2.84 | Kenneth D. Demange | 8714 Cambridge Drive Versailles, OH 45380 | Rooster Land Monroe LLC | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.85 | Kenneth D. Demange | 8714 Cambridge Drive Versailles, OH 45380 | MBB Distributing, LLC | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |
| 2.86 | Kenneth D. Demange | 8714 Cambridge Drive Versailles, OH 45380 | Moeller Brew Barn, LLC | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.87 | Keystone Real Estate Group | 214 S. Mulberry Street Troy, OH 45373 | Greenville Federal | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.88 | Keystone Real Estate Group | 214 S. Mulberry Street Troy, OH 45373 | Christopher J. Meyer | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.89 | Keystone Real Estate Group | 214 S. Mulberry Street Troy, OH 45373 | Tabernacle Brewing Company, LLC | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.90 | Keystone Real Estate Group | 214 S. Mulberry Street Troy, OH 45373 | Rooster Land Monroe LLC | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.91 | Keystone Real Estate Group | 214 S. Mulberry Street Troy, OH 45373 | MBB Distributing, LLC | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.92 **Keystone Real Estate Group** | 214 S. Mulberry Street<br>Troy, OH 45373 | **Moeller Brew Barn, LLC** | ☐ D ____<br>▮ E/F __3.65__<br>☐ G ____ |
| 2.93 **Keystone Real Estate Group** | 214 S. Mulberry Street<br>Troy, OH 45373 | **Warnock, Andrew T. Individually and** | ☐ D ____<br>▮ E/F __3.100__<br>☐ G ____ |
| 2.94 **Keystone Renew LLC** | c/o Anthony M. Scott, Statutory Agent<br>PO Box 980<br>Troy, OH 45373 | **Warnock, Andrew T. Individually and** | ☐ D ____<br>▮ E/F __3.100__<br>☐ G ____ |
| 2.95 **Kimberly Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Christopher J. Meyer** | ☐ D ____<br>▮ E/F __3.20__<br>☐ G ____ |
| 2.96 **Kimberly Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Tabernacle Brewing Company, LLC** | ☐ D ____<br>▮ E/F __3.89__<br>☐ G ____ |
| 2.97 **Kimberly Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Rooster Land Monroe LLC** | ☐ D ____<br>▮ E/F __3.78__<br>☐ G ____ |
| 2.98 **Kimberly Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **MBB Distributing, LLC** | ☐ D ____<br>▮ E/F __3.61__<br>☐ G ____ |
| 2.99 **Kimberly Vondenhuevel** | 3764 Hardin Wapakoneta Road<br>Sidney, OH 45365 | **Moeller Brew Barn, LLC** | ☐ D ____<br>▮ E/F __3.65__<br>☐ G ____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.100 | Kyle Moeller<br>2520 Clune Stucke Road<br>Maria Stein, OH 45860 | Christopher J. Meyer | ☐ D _____<br>■ E/F   **3.20**<br>☐ G _____ |
| 2.101 | Kyle Moeller<br>2520 Clune Stucke Road<br>Maria Stein, OH 45860 | Tabernacle Brewing Company, LLC | ☐ D _____<br>■ E/F   **3.89**<br>☐ G _____ |
| 2.102 | Kyle Moeller<br>2520 Clune Stucke Road<br>Maria Stein, OH 45860 | Rooster Land Monroe LLC | ☐ D _____<br>■ E/F   **3.78**<br>☐ G _____ |
| 2.103 | Kyle Moeller<br>2520 Clune Stucke Road<br>Maria Stein, OH 45860 | MBB Distributing, LLC | ☐ D _____<br>■ E/F   **3.61**<br>☐ G _____ |
| 2.104 | Kyle Moeller<br>2520 Clune Stucke Road<br>Maria Stein, OH 45860 | Moeller Brew Barn, LLC | ☐ D _____<br>■ E/F   **3.65**<br>☐ G _____ |
| 2.105 | Lisa A. Vondenhuevel<br>2501 Hardin Wapakoneta Rd.<br>Sidney, OH 45365 | Christopher J. Meyer | ☐ D _____<br>■ E/F   **3.20**<br>☐ G _____ |
| 2.106 | Lisa A. Vondenhuevel<br>2501 Hardin Wapakoneta Rd.<br>Sidney, OH 45365 | Tabernacle Brewing Company, LLC | ☐ D _____<br>■ E/F   **3.89**<br>☐ G _____ |
| 2.107 | Lisa A. Vondenhuevel<br>2501 Hardin Wapakoneta Rd.<br>Sidney, OH 45365 | Rooster Land Monroe LLC | ☐ D _____<br>■ E/F   **3.78**<br>☐ G _____ |

Debtor   __A.M. Scott Distillery, LLC_____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.108 | Lisa A. Vondenhuevel | 2501 Hardin Wapakoneta Rd. Sidney, OH 45365 | MBB Distributing, LLC | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.109 | Lisa A. Vondenhuevel | 2501 Hardin Wapakoneta Rd. Sidney, OH 45365 | Moeller Brew Barn, LLC | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.110 | Lisa Moeller | 2450 Cassella Montezuma Road Maria Stein, OH 45860 | Christopher J. Meyer | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.111 | Lisa Moeller | 2450 Cassella Montezuma Road Maria Stein, OH 45860 | Tabernacle Brewing Company, LLC | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.112 | Lisa Moeller | 2450 Cassella Montezuma Road Maria Stein, OH 45860 | Rooster Land Monroe LLC | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.113 | Lisa Moeller | 2450 Cassella Montezuma Road Maria Stein, OH 45860 | MBB Distributing, LLC | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.114 | Lisa Moeller | 2450 Cassella Montezuma Road Maria Stein, OH 45860 | Moeller Brew Barn, LLC | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.115 | Michelle Winner | 8363 Brockman Road Celina, OH 45822 | Christopher J. Meyer | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |

Debtor    __A.M. Scott Distillery, LLC_____    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.116 | Michelle Winner | 8363 Brockman Road<br>Celina, OH 45822 | Tabernacle Brewing<br>Company, LLC | ☐ D _____<br>■ E/F ___3.89___<br>☐ G _____ |
| 2.117 | Michelle Winner | 8363 Brockman Road<br>Celina, OH 45822 | Rooster Land Monroe<br>LLC | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |
| 2.118 | Michelle Winner | 8363 Brockman Road<br>Celina, OH 45822 | MBB Distributing,<br>LLC | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.119 | Michelle Winner | 8363 Brockman Road<br>Celina, OH 45822 | Moeller Brew Barn,<br>LLC | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.120 | Monica Wright | 8016 Marion Drive<br>Maria Stein, OH 45860 | Greenville Federal | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |
| 2.121 | Nicholas C.<br>Hogenkamp | 12405 Greystone Drive<br>Minster, OH 45865 | Christopher J. Meyer | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.122 | Nicholas C.<br>Hogenkamp | 12405 Greystone Drive<br>Minster, OH 45865 | Tabernacle Brewing<br>Company, LLC | ☐ D _____<br>■ E/F ___3.89___<br>☐ G _____ |
| 2.123 | Nicholas C.<br>Hogenkamp | 12405 Greystone Drive<br>Minster, OH 45865 | Rooster Land Monroe<br>LLC | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.124 | Nicholas C. Hogenkamp | 12405 Greystone Drive<br>Minster, OH 45865 | MBB Distributing, LLC | ☐ D _____<br>☒ E/F __3.61__<br>☐ G _____ |
| 2.125 | Nicholas C. Hogenkamp | 12405 Greystone Drive<br>Minster, OH 45865 | Moeller Brew Barn, LLC | ☐ D _____<br>☒ E/F __3.65__<br>☐ G _____ |
| 2.126 | Nicholas D. Moeller | 8016 Marion Drive<br>Maria Stein, OH 45860 | Greenville Federal | ☐ D _____<br>☒ E/F __3.41__<br>☐ G _____ |
| 2.127 | Nicholas D. Moeller | 8016 Marion Drive<br>Maria Stein, OH 45860 | Christopher J. Meyer | ☐ D _____<br>☒ E/F __3.20__<br>☐ G _____ |
| 2.128 | Nicholas D. Moeller | 8016 Marion Drive<br>Maria Stein, OH 45860 | Tabernacle Brewing Company, LLC | ☐ D _____<br>☒ E/F __3.89__<br>☐ G _____ |
| 2.129 | Nicholas D. Moeller | 8016 Marion Drive<br>Maria Stein, OH 45860 | Rooster Land Monroe LLC | ☐ D _____<br>☒ E/F __3.78__<br>☐ G _____ |
| 2.130 | Nicholas D. Moeller | 8016 Marion Drive<br>Maria Stein, OH 45860 | MBB Distributing, LLC | ☐ D _____<br>☒ E/F __3.61__<br>☐ G _____ |
| 2.131 | Nicholas D. Moeller | 8016 Marion Drive<br>Maria Stein, OH 45860 | Moeller Brew Barn, LLC | ☐ D _____<br>☒ E/F __3.65__<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.13 2 | **PDM Passive Investments, LLC** | c/o Beyke Law, LLC, Statutory Agent 8561 S. Mason-Montgomery Rd., Suite 28 Mason, OH 45040 | **Christopher J. Meyer** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.13 3 | **PDM Passive Investments, LLC** | c/o Beyke Law, LLC, Statutory Agent 8561 S. Mason-Montgomery Rd., Suite 28 Mason, OH 45040 | **Tabernacle Brewing Company, LLC** | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.13 4 | **PDM Passive Investments, LLC** | c/o Beyke Law, LLC, Statutory Agent 8561 S. Mason-Montgomery Rd., Suite 28 Mason, OH 45040 | **Rooster Land Monroe LLC** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.13 5 | **PDM Passive Investments, LLC** | c/o Beyke Law, LLC, Statutory Agent 8561 S. Mason-Montgomery Rd., Suite 28 Mason, OH 45040 | **MBB Distributing, LLC** | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.13 6 | **PDM Passive Investments, LLC** | c/o Beyke Law, LLC, Statutory Agent 8561 S. Mason-Montgomery Rd., Suite 28 Mason, OH 45040 | **Moeller Brew Barn, LLC** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.13 7 | **Rooster Land Company, LLC** | PO Box 980 Troy, OH 45373 | **Greenville Federal** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.13 8 | **Scott Investments, LLC** | 9141 North Dixie Drive Dayton, OH 45414 | **Rayce T. Robinson** | ☐ D _____ ■ E/F __3.77__ ☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|

▋ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.139 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Andrew T. Warnock** | ☐ D _____<br>■ E/F  **3.5**_____<br>☐ G _____ |

| 2.140 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **The Clock Tower by West Element Ltd** | ☐ D _____<br>■ E/F  **3.90**_____<br>☐ G _____ |

| 2.141 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Envirocontrol Systems, Inc.** | ☐ D _____<br>■ E/F  **3.34**_____<br>☐ G _____ |

| 2.142 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Christopher J. Meyer** | ☐ D _____<br>■ E/F  **3.20**_____<br>☐ G _____ |

| 2.143 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Tabernacle Brewing Company, LLC** | ☐ D _____<br>■ E/F  **3.89**_____<br>☐ G _____ |

| 2.144 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Rooster Land Monroe LLC** | ☐ D _____<br>■ E/F  **3.78**_____<br>☐ G _____ |

| 2.145 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **MBB Distributing, LLC** | ☐ D _____<br>■ E/F  **3.61**_____<br>☐ G _____ |

| 2.146 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Moeller Brew Barn, LLC** | ☐ D _____<br>■ E/F  **3.65**_____<br>☐ G _____ |

| Debtor | **A.M. Scott Distillery, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.147 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Western Ohio True Value Hardware** | ☐ D _____<br>▮ E/F __3.102__<br>☐ G _____ |
| 2.148 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **Chuck's Septic** | ☐ D _____<br>▮ E/F __3.21__<br>☐ G _____ |
| 2.149 | **Scott Investments, LLC** | **9141 North Dixie Drive Dayton, OH 45414** | **CertaSite** | ☐ D _____<br>▮ E/F __3.16__<br>☐ G _____ |
| 2.150 | **Tabernacle Brewing Company, LLC** | **Statutory Agent Nicholas Moeller 8016 Marion Drive Maria Stein, OH 45860** | **Greenville Federal** | ☐ D _____<br>▮ E/F __3.41__<br>☐ G _____ |
| 2.151 | **The Clock Tower, LLC** | **c/o Anthony M. Scott PO Box 980 Troy, OH 45373** | **Rayce T. Robinson** | ☐ D _____<br>▮ E/F __3.77__<br>☐ G _____ |
| 2.152 | **The Clock Tower, LLC** | **c/o Anthony M. Scott PO Box 980 Troy, OH 45373** | **Andrew T. Warnock** | ☐ D _____<br>▮ E/F __3.5__<br>☐ G _____ |
| 2.153 | **The Clock Tower, LLC** | **c/o Anthony M. Scott PO Box 980 Troy, OH 45373** | **The Clock Tower by West Element Ltd** | ☐ D _____<br>▮ E/F __3.90__<br>☐ G _____ |

Debtor   __A.M. Scott Distillery, LLC_____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.15 4 | Thomas J. Vondenhuevel, Jr. | 2501 Hardin Wapakoneta Road Sidney, OH 45365 | Christopher J. Meyer | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.15 5 | Thomas J. Vondenhuevel, Jr. | 2501 Hardin Wapakoneta Road Sidney, OH 45365 | Tabernacle Brewing Company, LLC | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.15 6 | Thomas J. Vondenhuevel, Jr. | 2501 Hardin Wapakoneta Road Sidney, OH 45365 | Rooster Land Monroe LLC | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.15 7 | Thomas J. Vondenhuevel, Jr. | 2501 Hardin Wapakoneta Road Sidney, OH 45365 | MBB Distributing, LLC | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.15 8 | Thomas J. Vondenhuevel, Jr. | 2501 Hardin Wapakoneta Road Sidney, OH 45365 | Moeller Brew Barn, LLC | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **A.M. Scott Distillery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$267,751.37** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,613,728.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$707,963.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **A.M. Scott Distillery, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Moor Investing Group, LLP**<br>**c/o Capstone Property Solutions, Inc.**<br>**8535 N. Dixie Drive, Suite B**<br>**Dayton, OH 45414** | **Monthly payments of $3,500 for Rent** | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent of Business Operations** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Centra Funding LLC**<br>**1400 Preston Road #115**<br>**Plano, TX 75093** | **Box Cooler.** | **Unknown** | $35,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **The Clock Tower by West Element Ltd. v. A.M. Scott Distillery LLC, et. al**<br>**24 CV 00590** | **Unjust Enrichment** | **Miami County Court of Common Pleas**<br>**201 W. Main Street**<br>**Troy, OH 45373** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Envirocontrol Systems, Inc. v. Scott Investments of Troy, LLC et. al.**<br>**25 CV 00022** | | **Miami County Court of Common Pleas**<br>**201 W. Main Street**<br>**Troy, OH 45373** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **A.M. Scott Distillery, LLC**                                             Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **EBF Holdings, LLC dba Everest Business Funding vs AM Scott Distillery, LLC, et al.**<br>**25 CV 223** | **Civil** | **Miami County Common Pleas Court**<br>**201 W. Main Street**<br>**Troy, OH 45373** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Busted Brick Realty Group, LLC v A.M. Scott Distillery, LLC**<br>**2024 CV G 02612** | **Forcible Entry and Detainer** | **Miami County Court of Common Pleas**<br>**201 W. Main Street**<br>**Troy, OH 45373** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Minster Bank v A.M. Scott Distillery, LLC, et al.**<br>**25-732** | **Civil** | **Miami County Common Pleas Court**<br>**201 W Main Street**<br>**Troy, OH 45373** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **A.M. Scott Distillery, LLC**                                      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thomsen Law Group, LLC** **140 North Main Street, Suite A** **Springboro, OH 45066** | | **6/4/2025** | **$25,000.00** |
| | **Email or website address** **ihtlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **214-250 S. Mulberry** **Troy, OH 45373** | **2014 to December, 2021** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | A.M. Scott Distillery, LLC | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Minster Bank**<br>**95 W. Fourth Street**<br>**PO Box 90**<br>**Minster, OH 45865** | **XXXX-9817** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April, 2025** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **North Dixie Self Storage**<br>**9117 North Dixie Drive**<br>**Dayton, OH 45414** | **Anthony Scott**<br>**520 Baywood Court**<br>**Troy, OH 45373** | **Boxes, bottles, and general business items** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor   **A.M. Scott Distillery, LLC**                                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **A.M. Scott Management**<br>**PO Box 980**<br>**Troy, OH 45373** | **9141 North Dixie Drive**<br>**Dayton, OH 45414** | **Office furniture** | **Unknown** |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☑   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑   None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐   None

---

Debtor    **A.M. Scott Distillery, LLC**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Lightner & Stickel CPAs**<br>**PO Box 739**<br>**Troy, OH 45373** | **2022-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Scott** | **9076 Lakeside Street**<br>**Tipp City, OH 45371** | **Managing Member** | **60** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jessica Nielson** | **928 Haverhill Drive**<br>**Troy, OH 45373** | **Chief Marketing Officer**<br>**27.3% interest** | **11/8/2022-11/2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **A.M. Scott Distillery, LLC**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **A.M. Scott Management**<br>**PO Box 980**<br>**Troy, OH 45373** | **$18,200.00** | **Various** | **Management Fees** |
| | **Relationship to debtor**<br>**Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 22, 2025**

**/s/ Anthony M. Scott**                                    **Anthony M. Scott**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **A.M. Scott Distillery, LLC**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.
    A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Seperate fee agreement to be filed with the Court

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 22, 2025**

*Date*

**/s/ Ira H. Thomsen**
**Ira H. Thomsen 0023965**
*Signature of Attorney*
**Thomsen Law Group, LLC**
**140 North Main Street, Suite A**
**Springboro, OH 45066**
**937-748-5001  Fax: 937-404-6630**
**ithomsen@ihtlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Ohio

In re **A.M. Scott Distillery, LLC** _____   Case No. _____
                                    Debtor(s)            Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Aaron Scott**<br>**6578 Tipp Elizabeth Rd**<br>**Troy, OH 45373** | **B** | **4** | |
| **Alex Waibel**<br>**761 Oak Lea**<br>**Tipp City, OH 45371** | **B** | **6** | |
| **Andrew Warnock**<br>**6565 Heritage Blvd**<br>**Hilliard, OH 43026** | **B** | **15** | |
| **Anthony M. Scott**<br>**9076 Lakeside Drive**<br>**Tipp City, OH 45371** | **A** | **78** | |
| **Anthony M. Scott**<br>**9076 Lakeside Drive**<br>**Tipp City, OH 45371** | **B** | **5** | |
| **Blake Budding**<br>**3332 Sea Turtle Dr**<br>**Dayton, OH 45414** | **B** | **3** | |
| **Brian Garvine**<br>**4940 Pinnacle Woods Drive**<br>**Grove City, OH 43123** | **B** | **1** | |
| **Brittany Baumann**<br>**1955 Springwood Dr.**<br>**Piqua, OH 45356** | **B** | **1** | |
| **Christian & Erin Holfinger**<br>**305 Jacob Ln.**<br>**London, OH 43140** | **B** | **12** | |
| **Darren Himsworth**<br>**2360 Ferndown Dr.**<br>**Miamisburg, OH 45342** | **B** | **2** | |
| **David and Erin Overla**<br>**1650 Old Schoolhouse Rd.**<br>**Troy, OH 45373** | **B** | **1** | |

Sheet 1 of 3 in List of Equity Security Holders

In re:  **A.M. Scott Distillery, LLC**                                    Case No. _____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Chambers**<br>**7440 Overland Trail**<br>**Delaware, OH 43015** | **B** | **2** | |
| **Diana Hodge**<br>**1080 Halifax Dr.**<br>**Troy, OH 45373** | **B** | **1** | |
| **Donald Hunter**<br>**10818 Edgewood Drive**<br>**Dublin, OH 43017** | **B** | **2** | |
| **Doug and Jan Nielsen**<br>**18417 Division Dr.**<br>**Marshall, MI 49068** | **B** | **5** | |
| **Douglas & Laura Smith**<br>**3914 Brown Park Dr.**<br>**Hilliard, OH 43026** | **B** | **3** | |
| **Erika Davidson**<br>**813 Emerald Avenue**<br>**Coldwater, OH 45828** | **A** | **1** | |
| **Greg Fetters**<br>**2550 E. Peterson Rd.**<br>**Troy, OH 45373** | **B** | **1** | |
| **Hart and Joan Fledderjohann**<br>**863 Shaftsbury**<br>**Troy, OH 45373** | **B** | **2** | |
| **Jason Haak**<br>**862 Shaftsbury Rd.**<br>**Troy, OH 45373** | **A** | **1** | |
| **Jason Haak**<br>**862 Shaftsbury Rd.**<br>**Troy, OH 45373** | **B** | **2** | |
| **John & Deborah Katterheinrich**<br>**7764 Clover Leaf Road**<br>**New Knoxville, OH 45871** | **B** | **3** | |
| **Kellie Ritchey**<br>**260 Wagner Road**<br>**West Milton, OH 45383** | **B** | **1** | |

List of equity security holders consists of 3 total page(s)

In re:   **A.M. Scott Distillery, LLC** _____      Case No. _____

_Debtor(s)_

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Laura Goltzene<br>2881 Amberwood Drive<br>Troy, OH 45373** | **A** | **1** | |
| **Matthew Bishop<br>2265 Byron Shores Drive SW<br>Byron Center, MI 49315** | **B** | **4** | |
| **Mike Scott<br>71 S. Glen Oak Drive<br>Springboro, OH 45066** | **A** | **1** | |
| **Nate & Emily Cox<br>16279 E. Rutherland Street<br>Southfield, MI 48076** | **B** | **3** | |
| **Nathan Holobaugh<br>2244 State Route 718<br>Troy, OH 45373** | **A** | **5** | |
| **Philip Goltzene<br>2881 Amberwood Drive<br>Troy, OH 45373** | **A** | **3** | |
| **Rick Hartings<br>813 Emerald Avenue<br>Coldwater, OH 45828** | **B** | **1** | |
| **Vance Vair/Ashley Vair<br>4655 N. Alcony Conover<br>Conover, OH 45317** | **A** | **10** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 22, 2025** _____      Signature **/s/ Anthony M. Scott** _____

**Anthony M. Scott**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

968 West Veterans Realty LLC
50 Tice Blvd
Woodcliff Lake, NJ 07677

Abby Moeller
2520 Clune Stucke Road
Maria Stein, OH 45860

Access Receivables Management
11350 McCormick Road EP III, Suite 800
Hunt Valley, MD 21031

Alcohol & Tobacco Tax and Trade Bureau
PO Box 790353
Saint Louis, MO 63179

Alexander Sewer & Drain
2 South Main Street
PO Box 64
Casstown, OH 45312

Ally Bank
PO Box 380902
Minneapolis, MN 55438

Altus Commercial Receivables
2121 Arline Drive, Suite 520
Metairie, LA 70001

AM Scott Management, LLC
9141 North Dixie Drive
Dayton, OH 45414

American Express
PO Box 6031
Carol Stream, IL 60197

Andrew T. Warnock
6565 Heritage Road
Hilliard, OH 43026

Andrew T. Warnock, on behalf of
Keystone Real Estate Group, LTD
6565 Heritage Road
Hilliard, OH 43026

Angela M. Demange
8714 Cambridge Drive
Versailles, OH 45380

Anthony Scott
9141 North Dixie Drive
Dayton, OH 45414

Arrowwood Wholesale
560 Fielding Drive
Versailles, KY 40383

Aspire Funding
50 Tice Blvd
Woodcliff Lake, NJ 07677

Atradius Collections Inc.
3500 Lacey Road, Suite 220
Downers Grove, IL 60515

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970

Bittercube LLC
4828 W. Lisbon Ave
Milwaukee, WI 53210

BlueHenry LLC
9210 Hampton Overlook
Capitol Heights, MD 20743

Brandon Freytag
1247 Barrington Drive
Troy, OH 45373

Brian Dwenger
9 Mill Street
Chickasaw, OH 45826

Brown Pest Control
4012 N. Main Street
Dayton, OH 45405

Bruns, Connell, Vollmar, & Armstrong, LL
40 N. Main Street, Suite 2010
Dayton, OH 45423

Busted Brick Realty Group, LLC
c/o Wesley Martin, Registered Agent
10 Wheatland Drive
Arcanum, OH 45304

ByzFunder NY LLC dba ByzFunder
530 7th Ave,  Floor M1
New York, NY 10018

Campbell's Septic Services
7565 Winding Way
Tipp City, OH 45371

Capital 5 Investments, LLC
c/o Garrett Gray, Statutory Agent
2913 Shore Drive
Celina, OH 45822

Capybara Capital
6501 Congress Ave, Suite 340
Boca Raton, FL 33487

Carla A. Kramer
20 S. Center Street
Chickasaw, OH 45826

Centerpoint
PO Box 4849
Houston, TX 77210

Centra Funding LLC
1400 Preston Road #115
Plano, TX 75093

CertaSite
2801 Thunderhawk Court
Dayton, OH 45414

CertaSite LLC
PO Box 772443
Detroit, MI 48277

Characters Inc
190 Peters Ave
Troy, OH 45373

Cheeky Cocktails
630 Flushing Avenue, F15
Brooklyn, NY 11206

Christopher J. Meyer
2210 Ravenwood Trail
Piqua, OH 45356-5000

Chuck's Septic
2136 Hardy Pkwy St.
Grove City, OH 43123

Cintas Corp
PO Box 630803
Cincinnati, OH 45263

City of London Income Tax Department
20 S. Walnut Street
London, OH 43140

City of Troy Tax Department
Municipal Building
100 S. Mark Street
Troy, OH 45373

City of Troy, Department of Development
100 S. Market Street
Troy, OH 45373

City of West Milton Tax Department
701 South Main Street
West Milton, OH 45383

Cocktail Crate
1625 Taney Street
Kansas City, MO 64116

Complete Payment Recovery Services, Inc.
Attn: TA-09
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

Cottage Door Press
South Lake Park Road
Appleton, WI 54915

Craftmix
301 Life Science Way, Suite 600
Draper, UT 84020

Dale's Auto Service Center
26 S. Tippecanoe Drive
Tipp City, OH 45371

Daniel and Jessica Nielsen
928 Haverhill Drive
Troy, OH 45373

David S. Bollheimer
1925 Jillane Drive
Troy, OH 45373

Davis S. Bollheimer, Trustee
Bolheimer Rev. LIving Trust
1925 Jilliane Drive
Troy, OH 45373

Dayton Brew Investment RA, LLC
c/o Michael G. Leesman, Statutory Agent
33 W. First Street, Suite 600
Dayton, OH 45402

Demitri's Gourmet Mixes
8230 5th Avenue S., Suite A
Seattle, WA 98108

Diana Hodge
1080 Halifax Drive
Troy, OH 45373

E-Pak Machinery Inc
1535 S. State Road 39
La Porte, IN 46350

Elite Print Finishing Inc.
1718 Maple Ave
Burlington, NC 27215

Envirocontrol Systems, Inc.
1565 Stanley Ave., Suite A
Dayton, OH 45404

Evans Plumbing LLC
355 Huls Drive
Clayton, OH 45315

Ever-Green Lawncare LLC
PO Box 217
Troy, OH 45373

Everest Busines Funding
102 W. 38th Street, 6th Floor
New York, NY 10018

Faire Wholesale, Inc.
100 Potero Avenue
San Francisco, CA 94103

FilterShine Midwest LLC
1005 S. Main Street
West Milton, OH 45383

Gary Vondenhuevel
3764 Hardin Wapakoneta Road
Sidney, OH 45365

Grainger
Dept 888304238
Palatine, IL 60038

Greenville Federal
690 Wagner Ave.
Greenville, OH 45331

Harrelson & Harrelson LLP
9 West Water Street
Troy, OH 45373

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 1
550 Main Street, Room 3525
Cincinnati, OH 45202

James A. Kramer
20 S. Center Street
Chickasaw, OH 45826

Jason Winner
8363 Brockman Road
MI 48522

Jeff Dickason
7211 Lostcreek Shelby Road
Fletcher, OH 45326

Jessica Nielson
928 Haverhill Drive
Troy, OH 45373

JL Conrad Commercial Furnishings LLC
8100 Massillion Road SW
Navarre, OH 44662

Jonie McGilvary
2821 Parkwood Drive
Troy, OH 45373

Joshua A. Koltak, Esq.
Couerview Center, Suite 300
100 South Main Avenue
Sidney, OH 45365

Kash Advance, LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33160

Kate Aspen
2700 Breckinridge Blvd
Duluth, GA 30096-3000

Katy Scott
9141 North Dixie Drive
Dayton, OH 45414

Kenneth D. Demange
8714 Cambridge Drive
Versailles, OH 45380

Keystone Real Estate Group
214 S. Mulberry Street
Troy, OH 45373

Keystone Renew LLC
c/o Anthony M. Scott, Statutory Agent
PO Box 980
Troy, OH 45373

Kimberly Vondenhuevel
3764 Hardin Wapakoneta Road
Sidney, OH 45365

Kyle Moeller
2520 Clune Stucke Road
Maria Stein, OH 45860

Liberty Services Inc.
1005 S. Main Street
West Milton, OH 45383

Lifestyle Comfort Solutions
PO Box 247
Dayton, OH 45409

Lightspeed
700 Rue Saint-Antoine E
Montreal, QC H2Y 1A6

Lightspeed Capital
700 Rue Saint-Antoine E
Montreal QC H2Y 1A6

Lisa A. Vondenhuevel
2501 Hardin Wapakoneta Rd.
Sidney, OH 45365

Lisa Moeller
2450 Cassella Montezuma Road
Maria Stein, OH 45860

Low Voltage Solutions Inc.
1611 N. Wapakoneta Ave
PO Box 945
Sidney, OH 45365

Lucky Jack
540 Commons Drive
Fulton, MO 65251

Mackenzie Smith Inc.
PO Box 4382
Burlington, VT 05406

Maple Craft Foods
125 South Main Street
Newtown, CT 06470

Marcus Roth & Jennifer Roth
145 Short Street
Troy, OH 45373

MBB Distributing, LLC
6550 Hamilton Lebanon Road
Middletown, OH 45044

Megacity Fire & Security
8210 Expansion way
Dayton, OH 45424

Meier's Beverage Group
6955 Plainfield Road
Cincinnati, OH 45236

Miami County Visitors & Convention
Bureau
405 SW Public Square, Suite 272
Troy, OH 45373

Michelle Winner
8363 Brockman Road
Celina, OH 45822

Minster Bank
95 W. Fourth Street, PO Box 90
Minster, OH 45865

Moeller Brew Barn, LLC
8016 Marion Drive
Maria Stein, OH 45860

Monica Wright
8016 Marion Drive
Maria Stein, OH 45860

Montgomery County CSEA
1111 S. Edwin C. Moses Blvd.
Dayton, OH 45422

Moor Investing Group, LLP
c/o Capstone Property Solutions, Inc.
8535 N. Dixie Drive, Suite B
Dayton, OH 45414

Mosquito Hunters
PO Box 574
Hilliard, OH 43026

Nicholas C. Hogenkamp
12405 Greystone Drive
Minster, OH 45865

Nicholas D. Moeller
8016 Marion Drive
Maria Stein, OH 45860

Nousing, Inc. dba Amoretti
451 S. Lombard Street
Oxnard, CA 93030

ODK Capital, LLC dba OnDeck
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Office of the Ohio Attorney General
Collections Enforcement Section
30 East Broad Street, 14th Floor
Columbus, OH 43215

Ohio Attorney General
Attn: Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Wokrers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

Old School Brand
28113 NC 24-27 Highway
Albemarle, NC 28001

Pappy & Co.
843 E. Market Street
Louisville, KY 40206

Partner Business Services, Inc.
1080 Halifax Drive
Troy, OH 45373

PDM Passive Investments, LLC
c/o Beyke Law, LLC, Statutory Agent
8561 S. Mason-Montgomery Rd., Suite 28
Mason, OH 45040

Peac Solutions
c/o Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101

Pickrel, Schaeffer & Ebeling Co.
2700 Stratacache Tower
Dayton, OH 45423

Prestige
1200 Woodside Avenue
Bay City, MI 48708

Pure Sense Candle
803 N. 2nd Street
Coldwater, OH 45828

Puritan Springs
1709 N. Kickapoo Street
Lincoln, IL 62656

Rad's Bloody Mary
9797 Southern Belle Court
Dayton, OH 45458

Rayce T. Robinson
11295 Converse Chapel Road
Plain City, OH 43064

Receivable Control Corporation
7373 Kirkwood Court, Suite 200
Osseo, MN 55369

Rooster Land Company, LLC
PO Box 980
Troy, OH 45373

Rooster Land Monroe LLC
6550 Hamilton Lebanon Road
Middletown, OH 45044

Schindler Elevator Company
20 Whippany Road
Morristown, NJ 07960

Scott Investments
9141 North Dixie Drive
Dayton, OH 45414

Scott Investments, LLC
9141 North Dixie Drive
Dayton, OH 45414

Seven Rooms
228 Park Avenue, PMB 33706
New York, NY 10003-1502

Sovos Compliance LLC
200 Ballardvale Street
4rth Floor
Wilmington, MA 01887

Spectrum (Charter Communications)
12405 Powerscourt Drive
Saint Louis, MO 63131

SpeedPro
779 Crossroads Court
Vandalia, OH 45377

State of Art
6795 Wonder Way Drive
Tipp City, OH 45371

Stripe
354 Oyster Point Blvd.
South San Francisco, CA 94080

Superior Draft Beer Services
1915 Carlyle Drive
Piqua, OH 45356

Swank Motion Picture
2844 Paysphere Circle
Chicago, IL 60674

Tabernacle Brewing Company, LLC
214 W. Main Street
Troy, OH 45373

Tabernacle Brewing Company, LLC
Statutory Agent Nicholas Moeller
8016 Marion Drive
Maria Stein, OH 45860

The Clock Tower by West Element Ltd
11295 Converse Chapel Road
Plain City, OH 43064

The Clock Tower, LLC
c/o Anthony M. Scott
PO Box 980
Troy, OH 45373

The Farmhouse Bakery
167 E. Peterson Road
Troy, OH 45373

The Future Begins Today
PO Box 511
Troy, OH 45373

The Main Street London Collective, Ltd
5252 Norwich St.
Hilliard, OH 43026

The Wild Wander
425 Strawberry Street
Richmond, VA 23220

Thomas J. Vondenhuevel, Jr.
2501 Hardin Wapakoneta Road
Sidney, OH 45365

Treasurer State of Ohio
Attn: Business Tax Division
PO Box 2678
Columbus, OH 43216

Trimark
PO box 536326
Pittsburgh, PA 15253

Trojan Floris
121 S. Market Street
Troy, OH 45373

Tuscarora Wood Midwest
6506 West US Rt 36
Covington, OH 45318

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Rm 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680

US Foods
9399 W. Higgins Road
Des Plaines, IL 60018

Warnock, Andrew T. Individually and
Derivatively on behalf of Keystone Renew
6565 Heritage Road
Hilliard, OH 43026

Waterloo Container
PO Box 262
Waterloo, NY 13165

Western Ohio True Value Hardware
852 S. Market Street
Troy, OH 45373

William M. Harrelson II
Robert M. Harrelson
9 West Water Street
Troy, OH 45373

WS Game Company
4050 West Sunset Road, Suite B
Las Vegas, NV 89118

# United States Bankruptcy Court
### Southern District of Ohio

In re __A.M. Scott Distillery, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __A.M. Scott Distillery, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 22, 2025__

Date

/s/ Ira H. Thomsen

**Ira H. Thomsen 0023965**

Signature of Attorney or Litigant

Counsel for __A.M. Scott Distillery, LLC__

**Thomsen Law Group, LLC**

**140 North Main Street, Suite A**
**Springboro, OH 45066**
**937-748-5001 Fax:937-404-6630**
**ithomsen@ihtlaw.com**