**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 25-32562 |
| | * | |
| A.M. SCOTT DISTILLERY, LLC | * | Chapter 11 (Subchapter V) |
| | * | |
| *Debtor/Debtor-in-Possession.* | * | Judge Tyson A. Crist |
| | * | |
| | * | |

**NOTICE OF EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS OF DEBTOR AND DEBTOR-IN-POSSESSION (Docs. 7-10)**

**PLEASE TAKE NOTICE THAT**, on December 22, 2025, the above-captioned Debtor and Debtor-In-Possession, A.M. Scott Distillery, LLC (the "Debtor") filed the above-captioned bankruptcy case under subchapter V of chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*), filed the following captioned motions (collectively, the "First-Day Motions"), and through a separate motion (Doc. 11) filed pursuant to Local Bankruptcy Rule 9073-1 sought a hearing on the First-Day Motions on an **EXPEDITED BASIS**, which the Court has granted by Order (Doc. 13) entered on December 23, 2025, based upon the *Declaration of Anthony M. Scott in Support of First-Day Motions and Applications* (Doc. 5) and pursuant to Rules 9006(c) and 9007 of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. § 105(a):

- Motion of the Debtor/Debtor-In-Possession for an Order (I) Authorizing, but not Directing, the Debtor to Pay (A) Certain Pre-Petition Wages, Salaries, and other Compensation; (B) Continue Employee Benefit Programs in the Ordinary Course of Business; and (C) Pay Certain Reimbursable Expenses; (II) Authorizing, but Not Directing, the Debtor to Make Deductions from Employee Paychecks; and (III) Authorizing and Directing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtor in Relation to the Foregoing Pursuant to Sections 105(a), 363(b), 507(a)(4), and 507(a)(5) of the Bankruptcy Code (Doc. 7);

- Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtor to (A) Pay Obligations Under Insurance Policies Entered Into Prepetition, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage and Pay Premiums Thereunder; and (II) Granting Related Relief (Doc. 8);

- Emergency Motion of the Debtors/Debtors-In-Possession for An Order Authorizing, But Not Directing, the Debtors to Pay Certain Prepetition Taxes and Fees and Granting Related Relief (Doc. 9); and

- Motion by the Debtor/Debtor-In-Possession for Interim and Final Orders Under 11 U.S.C. §§ 105(a), 361, 362 and 363, Federal Bankruptcy Rules 2002, 4001, 6004 and 9014, and Local Rule 4001-2: (I) Authorizing Debtor to Use Cash Collateral; (II) Granting Adequate Protection [to ODK Capital, LLC and 968 West Veterans Realty, LLC  (the "Secured Lenders")]; (III) Modifying the Automatic Stay; (IV) Scheduling and Approving the Form and Method of Notice of Final Hearing; and (V) Granting Related Relief (Doc. 10).

**PLEASE FURTHER TAKE NOTICE THAT**, the hearing on the First-Day Motions (Docs. 7-10) shall be held on **Tuesday, December 30, 2025 at 1:30 p.m. (Eastern Prevailing Time)** before Bankruptcy Judge Tyson A. Crist in the West Courtroom on the first floor of the United States Bankruptcy Court, 120 West Third Street, Dayton, Ohio 45042 (the "First-Day Hearing").

**PLEASE TAKE FURTHER NOTICE THAT**, should any party desire to attend the First-Day Hearing other than in person, they must contact the Courtroom Deputy at (937) 225-2863 to arrange for and obtain the necessary information to appear by telephone.

**PLEASE TAKE FURTHER NOTICE THAT** any party desiring to object to the relief sought in the First-Day Motions (Docs. 7-10) may do so by: (a) filing an objection with the Clerk prior to the First-Day Hearing and prosecuting the objection at the First-Day Hearing; and/or (b) by raising their objections in open court at the First-Day Hearing.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected.** You should read the First-Day Motions (Docs. 7-10) carefully and discuss them with your attorney, if you have

one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. **If you do not want the Court to grant the relief requested in any of the First Day Motions, or if you want the Court to consider your views on the First Day Motions, then you must attend the First-Day Hearing.**

**<u>If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First-Day Motions and may enter an interim or final order granting the relief requested therein without further hearing or notice.</u>**

**PLEASE TAKE FURTHER NOTICE THAT** anyone who wishes to obtain a complete set of the First Day Motions (Docs. 7-10) can do so by emailing your request to the Proposed Counsel for the Debtor, Ira Thomsen (ithomsen@ihtlaw.com), Dennis Blasius (dblasius@ihtlaw.com), Darlene E. Fierle (dfierle@ihtlaw.com), or Elizabeth Chenault (echinault@ihtlaw.com), and Proposed Counsel shall provide copies by email as soon as possible.

Dated:  December 23, 2025
Springboro, Ohio

                Respectfully Submitted,

                /s/ Ira H. Thomsen
                Ira H. Thomsen (0023965)
                Darlene E. Fierle (0081217)
                Denis E. Blasius (0082617)
                Elizabeth M. Chinault (0076718)
                140 North Main Street, Suite A
                Springboro, Ohio 45066
                937-748-5001
                937-404-6630 (Fax)
                ithomsen@ihtlaw.com
                dblasius@ihtlaw.com
                dfierle@ihtlaw.com
                echinault@ihtlaw.com
                *Thomsen Law Group, LLC*
                *Proposed Counsel for Debtor and Debtor-in-Possession*